UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:25-cv-23294-MFE

VALENCIA ESTATES HOMEOWNERS'
ASSOCIATION, INC.,
    Plaintiff,

vs.

ELIZABETH HAZAN, et al.,
    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Valencia Estates Homeowners' Association ("Plaintiff" or the "Association"), by and through undersigned counsel, hereby discloses and files the following Certificate of Interested Persons and Corporate Disclosure Statements, in accordance with this Court's *Order Requiring Removal Status Report And Joint Scheduling Report* (ECF#6) discloses as follows:

**1.)** **the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:**

    a. Valencia Estates Homeowners' Association, Inc., a Florida Not-for Profit Corporation (Plaintiff and homeowners association with lien interest attached to the underlying real property).

    b. Elizabeth Hazan (Defendant, former spouse (or current spouse) of defendant Sean Meehan and owner of real property that is the subject of this action).

    c. Sean Meehan (Defendant, former spouse (or current spouse) of defendant Elizabeth Hazan and owner of real property that is the subject of this action).

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

1

    d. 6913 Valencia, LLC (Defendant, Elizabeht Hazan is listed as manager on sunbiz.org, claims to have a mortgage on the real property that is the subject of this action, Hazan and/or Meehan may be the ultimate beneficial owner).

    e. JP Morgan Chase Bank, N.A. (upon information and belief, owner of first priority mortgage on the real property that is the subject of this action).

    f. The Owners of all Units in Plaintiff Valencia Estates Homeowners Association, Inc., who each have a respective percentage interest in the outcome of this case, are as follows:
        i. Fich Investments LLC
        ii. Coastal Homes Of S Florida Inc.
        iii. Elizabeth Hazan
        iv. 6915 Valencia Drive, Inc.
        v. Joel And Rita Cohen
        vi. Valencia Corp
        vii. Ss Flo Holdings Corp
        viii. Goede Adamczyk & Deboest PLLC Trs Villa Maritima Trust, Owner

    g. The Officers and Board of Directors of Plaintiff Valencia Estates Homeowners Association, Inc.:
        i. Thomas P. Murphy, Jr.
        ii. Jason Giller

    h. Barry S. Turner P.A. (counsel for Plaintiff Valencia Estates Homeowners' Association, Inc.)

    i. Barry S. Turner, Esq. (counsel for Plaintiff Valencia Estates Homeowners' Association, Inc.)

    j. Joel M. Aresty, P.A. (former counsel for defendant 6913 Valencia, LLC).[2]

    k. Joel M. Aresty, Esq. (former counsel for defendant 6913 Valencia, LLC).[3]

---

[2] In the underlying state court action, Mr. Aresty first represented all three defendants, Elizabeth Hazan, Sean Meehan, and 6913 Valencia, LLC. On May 2, 2024, the state court granted Mr. Aresty's withdrawal as counsel for Elizabeth Hazan and Sean Meehan. He remained as counsel to 6913 Valencia, LLC. On October 22, 2024, Mr. Aresty filed a notice of appearance for Mr. Meehan. It is unclear if Mr. Aresty is currently representing Mr. Meehan in this action or in the underlying state court action.

[3] See FN 2.

    l.   Aubrey George Rudd, Esq. (counsel for defendant 6913 Valencia, LLC).

    m.  Haber Law, LLP (former counsel for Plaintiff Valencia Estates Homeowners' Association, Inc.)

**2.)** **the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    a.  None known at this time.

**3.)** **the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    a.  None known at this time.

**4.)** **the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    a.  None known at this time.

**5.)**    **Check one of the following:**

_x_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: July 24, 2025                    Respectfully Submitted,

                                        **BARRY S. TURNER P.A.**
                                        *Counsel for Plaintiff*
                                        PO Box 330189
                                        Miami, Florida 33233-0189
                                        Phone: (305) 699-4392
                                        Email: bt@bstpa.com

                                        By:   */s/ Barry S. Turner*
                                                   Barry S. Turner, Esq.
                                                   Fla. Bar No. 85535

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 24, 2025, I electronically filed the foregoing via CM/ECF and by automatic emails generated through the E-Filing Portal System and served the foregoing document on the following parties:

Elizabeth Hazan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

Sean Meehan
6913 Valencia Drive
Miami, FL 33109
*Pro se Defendant*
***Via US Mail***

6913 Valencia LLC
c/o Aubrey George Rudd, Esq.
100 Edgewater Dr Apt 312
Coral Gables, FL 33133-6939
*State Court Counsel to 6913 Valencia LLC*
***Via US Mail***

                                        By:   /s/ *Barry S. Turner*
                                                   Barry S. Turner, Esq.
                                                   Fla. Bar No. 85535